UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-mj-02971-AOR

UNITED STATES OF AMERICA,

v.

TY'REE DIXON

Defendant.

_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  __ Yes  X  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __ Yes  X  No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  __ Yes  X  No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

BY: _____
Frederick Shadley
Assistant United States Attorney
Southern District of Florida
Court ID No.: A5502298
11200 NW 20 Street
Miami, FL 33172

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 1:21-mj-02971-AOR |
| Ty'ree Dixon, | ) |
|  | ) |
|  | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 17, 2021__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Natalya Kaczmarczyk, USSS
Printed name and title

Attested to by the applicant in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by FaceTime.

Date: 5/18/21

_____
Judge's signature

City and state: Miami, FL

Hon. Alicia M. Otazo-Reyes, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Natalya Kaczmarczyk, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the United States Secret Service ("USSS") and have been so employed since April 2017. During my career, I have been trained to conduct criminal investigations involving or relating to the financial infrastructure of the United States, including identity theft, counterfeit U.S. currency, wire fraud, and access device fraud. I have completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. I am currently assigned to the Transnational Crimes Squad of the Miami Field Office, within the USSS. I have participated in investigations into counterfeit identities, identity theft, access device fraud, bank fraud, wire fraud, and other federal crimes, and I have applied for numerous search warrants in relation to those investigations.

2. Additionally, I have been working with the Federal Bureau of Investigation ("FBI") and the Miami-Dade County Safe Streets and Violent Gang Task Force for approximately two years. During my time working with the FBI and the Miami-Dade County Safe Streets and Violent Gang Task Force, I have investigated gang-related murder, assault, weapons possession, organized crime, identity theft, violent crimes in aid of racketeering, and the laundering of monetary instruments associated with these crimes. I have participated in several gang investigations and have conducted physical surveillance, executed multiple search warrants, and arrested multiple gang members. I have also participated in the debriefing of defendants, informants, and witnesses.

3. I am authorized to apply for and execute search warrants and arrest warrants for offenses enumerated in Title 18 of the United States Code. I have participated in and directed numerous investigations involving identity theft, and various types of fraud committed using stolen identities. As a result of my training and experience, I am familiar with tactics, methods, and techniques used in committing various types of fraud violations of federal law.

4. Based on information contained in this Affidavit, I respectfully submit that there is probable cause for the issuance of a criminal complaint charging Ty'ree DIXON ("DIXON") with: (1) felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

5. The facts set forth in this Affidavit are based on my personal knowledge and observations, the knowledge and observations of other law enforcement personnel and civilian witnesses, information and documents received in my official capacity from other sources of information, as well as information gained through my training and experience. The information contained in this Affidavit is true and correct, to the best of my knowledge and belief. This Affidavit is submitted for the limited purpose of establishing probable cause and thus does not include each and every fact known to law enforcement about this investigation.

## BACKGROUND

6. The Federal Bureau of Investigation and the USSS have been conducting a joint investigation into the 77th Street Gang, which is sometimes called "Uptown," "Every Body Eats," or "EBE." Their rival gang is the Little Haiti Vultures, which is sometimes called "L.H.V.," "L.H.G.," "7 Block," and "70 Street/60 Street/59 Street." The 77th Street Gang operates in the Southern District of Florida, and is involved in fraud-related crimes, identity theft, car jackings, car theft, shootings, murders, and other violent crimes. The gang funds its activities largely through fraud. The gang uses various access device fraud and wire fraud schemes to steal funds from victims. Based on a review of social media, electronic evidence, and interviews of 77th Street Gang members, law enforcement has learned that the group obtains personal identification information (i.e. names, dates of birth, credit card numbers, bank account numbers, and social security numbers) ("PII") in various ways, including from the dark web and from robberies and burglaries. The PII is used a number of different ways, including, but not limited to, credit card fraud and bank account takeover schemes. In bank account takeover schemes, members of the

group steal from victim bank accounts and wire the funds into other people's bank accounts before ultimately using the funds to unjustly enrich themselves. DIXON is a target of the above-described investigation, and is an associate of the 77th Street Gang. According to DIXON, he is a member of the "Bloods" gang. DIXON is a convicted felon.

### Violent Crimes between L.H.V. and 77th Street Gang

7.  Since at least as early as December 14, 2018, there has been an ongoing feud between L.H.V. and the 77th Street Gang involving shootings and homicides. As explained in greater detail below, DIXON has provided firearms to members of the 77th street gang involved in this feud, and has held firearms for those gang members as well. Of relevance here, gang violence between LHV and 77th street flared up in June of 2020, when the following events took place:

   a. June 16, 2020: A 77th street gang member with initials G.L. was killed by a suspected L.H.V. member or associate who appeared to be using an assault style weapon. During that shooting, several 77th street members are seen on surveillance video firing back at the shooter.

   b. June 16, 2020: An LHV member or associate with initials K.M. was killed. This is believed to be in retaliation for the murder of G.L.

   c. June 18, 2020: A twenty-year-old woman with initials P.P. was killed while waiting in her car outside the home of an LHV member or associate. Seventy casings were recovered from the scene of that murder, including 7.62 caliber shell casings (which are used in Draco semi-automatic pistols). Shortly before that murder, DIXON exchanged text messages with a 77th street gang member in which they discussed the address where the P.P. murder took place, and the availability of a Draco.

### July 8, 2020 Interview of Associate-1

8. On July 8, 2020, Associate-1, a 77th street gang member, was interviewed by law enforcement. He came to the FBI to give a voluntary statement, and was later read his *Miranda* rights – which he waived. He then gave an audio and video recorded statement. In addition to other information, Associate-1 explained that several members of the 77th street gang had shot and killed victim P.P. in an attempt to retaliate against the individual they believed had killed G.L. Associate-1 explained that P.P. was an innocent victim who had been shot in error, when the shooters were really attempting to kill a rival gang-member who had been involved in the murder of G.L.

### May 17, 2021: Search Warrant of DIXON's Premises

9. On May 12, 2021, a search warrant was obtained for the apartment where DIXON and his girlfriend were residing. That apartment is in Miami-Dade county, Florida. On May 17, 2021, the search warrant was executed. While law enforcement was on the premises, DIXON arrived at the parking garage within the apartment complex. DIXON exited his car and walked towards the apartment building, at which point he was approached by law enforcement. DIXON was not wearing a t-shirt, and had a dark colored sweatshirt in his hand wrapped around an object. Law enforcement couldn't see his hand, and asked that DIXON raise his hands and surrender to law enforcement. DIXON took two steps backwards and attempted to flee. At that point, law enforcement was able to see what appeared to be the bottom of a pistol magazine in DIXON's hand wrapped in the sweatshirt. DIXON then ran towards his car and lost his footing, landing on the floor of the parking garage near the vehicle. Law enforcement gave several more commands for DIXON to show his hands. DIXON was then seen extending his hands underneath the car. Once DIXON was secured in handcuffs, law enforcement located a Glock 20 pistol with an extended magazine underneath DIXON's car – where had reached while on the ground.

10. Around the same time, law enforcement executed the search warrant on DIXON's residence. During the search, law enforcement located: (1) a black in color AK Pistol bearing serial number M92PV030351; (2) a black in color AR Pistol with bump stock bearing serial number DB1901930; (3) a black in color pistol bearing serial number GGK436; (4) a green in color P80 Pistol bearing Serial Number PF940C; (5) a black in color Glock 19 Pistol bearing serial number AAAG820; and (6) a green in color AR Pistol with an obliterated serial number. Based on my training and experience, and conversations with other law enforcement officers, I know that Glock firearms are manufactured outside of the state of Florida, and so the Glock firearms in DIXON's possession on May 17, 2021 would have travelled in interstate commerce prior to arriving to DIXON in Miami.

11. Also in DIXON's residence, law enforcement located various credit and/or debit cards in the names of individuals not associated with the residence, along with mail in the names of people not associated with the residence. Based on my training and experience, this type of evidence is consistent with access device fraud and aggravated identity theft.

### May 17, 2021: Interview of DIXON

12. DIXON was read his *Miranda* rights, which he waived verbally and in writing. He then agreed to speak with law enforcement. DIXON admitted to possessing the gun that was recovered beneath his car. He claimed the gun was "clean," and was owned by his uncle. He further explained that the firearms in his apartment belonged to members of the 77th street gang and others, and that he was holding those firearms for those people in exchange for cash. DIXON also mentioned that he is a convicted felon. When asked about the murder of P.P., DIXON confirmed that he provided firearms that evening to the individuals who are suspected of killing P.P.

### DIXON's Felony Convictions

13. As he acknowledged, DIXON is a convicted felon. On November 29, 2016, DIXON was convicted in a Florida state court for carrying a concealed firearm, and possession of a firearm by a convicted felon or delinquent. Both of those crimes are felonies. DIXON was originally sentenced to probation for those crimes, but later violated probation. He was ultimately sentenced to 18 months of incarceration. On May 19, 2017, DIXON was convicted in Florida state court for the felony crime of fleeing and eluding a police officer. For that crime, he was sentenced to 18 months of incarceration, which appears to be a concurrent sentence with the previous conviction/violation of probation. DIXON has not had his rights to possess firearms restored by the state of Florida.

### CONCLUSION

14. Based on the foregoing, I respectfully submit there is probable cause to believe that Ty'ree DIXON committed violations of (1) felon in possession of a firearm, in violation of 18 U.S.C. 922(g).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
Special Agent Natalya Kaczmarczyk
United States Secret Service

Attested to by the applicant in accordance with the requirements of
Federal Rule of Criminal Procedure 4.1 by Face Time.

This **21st** day of May, 2021.

_____
Hon. Alicia M. Otazo-Reyes
U.S. Magistrate Judge