Case 1:21-cr-20325-KMW Document 8 Entered on FLSD Docket 06/01/2021 Page 1 of 6

FILED by KS D.C.

Jun 1, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20325-CR-WILLIAMS/MCALILEY

18 U.S.C. § 922(g)(1)
18 U.S.C. § 922(o)
18 U.S.C. § 924(d)

UNITED STATES OF AMERICA

vs.

TY'REE DIXON,

       Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Possession of a Firearm and Ammunition by a Convicted Felon
### (18 U.S.C. § 922(g))

On or about May 17, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

**TY'REE DIXON,**

knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the firearm and ammunition are:

1. One Glock 20, 10mm semi-automatic pistol with serial number BMTF986; and

2. Approximately 27 rounds of 10mm ammunition.

## COUNT 2
### Possession of Firearms and Ammunition by a Convicted Felon
### (18 U.S.C. § 922(g))

On or about May 17, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

**TY'REE DIXON,**

knowingly possessed firearms and ammunition in and affecting interstate and foreign commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the firearms and ammunition are:

1. One Century Arms International AK pistol with serial number M92PV030351;
2. One Glock 23, .40 caliber semi-automatic pistol with serial number GGK436;
3. One Glock 19, 9mm semi-automatic pistol with serial number AAAG820;
4. Approximately four rounds of Wolf .223 ammunition;
5. Approximately two rounds of R-P 9mm ammunition;
6. Approximately thirty-nine rounds of Speer Lawman .45 caliber ammunition;
7. Approximately sixteen rounds of Blazer .40 caliber ammunition;
8. Approximately one round of CBC .40 caliber ammunition;
9. Approximately two rounds of SIG .40 caliber ammunition;
10. Approximately thirty-four rounds of Federal Premium .45 caliber ammunition;
11. Approximately seventeen rounds of Fiocchi 7.62x39 ammunition;
12. Approximately forty rounds of Tulammo 7.62x39 ammunition; and
13. Approximately one round of Hornaty .40 caliber ammunition.

## COUNT 3
### Illegal Possession of a Machinegun
### (18 U.S.C. § 922(o)(1))

On or about May 17, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

**TY'REE DIXON,**

did knowingly possess a machinegun, as defined in Title 26, United States Code, Section 5845(b) and Title 18, United State Code, Section 921(a)(23), in that the defendant possessed a Glock that shoots automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Section 922(o)(1).

## COUNT 4
### Illegal Possession of a Machinegun
### (18 U.S.C. § 922(o)(1))

On or about May 17, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

**TY'REE DIXON,**

did knowingly possess a machinegun, as defined in Title 26, United States Code, Section 5845(b) and Title 18, United State Code, Section 921(a)(23), in that the defendant possessed a firearm with no serial number that shoots automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Section 922(o)(1).

### FORFEITURE ALLEGATIONS

1. The allegations in this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **TY'REE DIXON** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Sections 922(g)(1) or 922(o)(1), or any other criminal law of the United States, as alleged in this Indictment, the defendant, shall forfeit to the United States any fireman involved in or used in the commission of such offense, pursuant to Title 18, United States Code Section924(d)(1).

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B), 1029(c)(1)(C), and 924(d), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

_____
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_____
FREDERIC C. SHADLEY
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | |
| TY'REE DIXON, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| **Defendant.** / | Superseding Case Information: |

**Court Division:** (Select One)
- ✓ Miami
- ___ Key West
- ___ FTL
- ___ WPB
- ___ FTP

| | Yes | No |
|---|---|---|
| New defendant(s) | ___ | ___ |
| Number of new defendants | ___ | |
| Total number of counts | ___ | |

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  No
   List language and/or dialect  _____

4. This case will take  3-5  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days        ✓
   - II   6 to 10 days       ___
   - III  11 to 20 days      ___
   - IV   21 to 60 days      ___
   - V    61 days and over   ___

   (Check only one)
   - Petty    ___
   - Minor    ___
   - Misdem.  ___
   - Felony   ✓

6. Has this case previously been filed in this District Court?    (Yes or No)  No
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)  Yes
   If yes: Magistrate Case No.  21-MJ-02971-AOR
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of  05/17/2021
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?    Yes ___  No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    Yes ___  No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?    Yes ___  No ✓

*Penalty Sheet(s) attached

_____
FREDERIC SHADLEY
FLORIDA COURT NO. A5502298
ASSISTANT UNITED STATES ATTORNEY

REV 3/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** TY'REE DIXON

**Case No:**

Counts #: 1 and 2

Possession of firearms and ammunition by a convicted felon

Title 18, United States Code, Section 922(g)

*****Max. Penalty:** Ten Years' Imprisonment

Counts #: 3 and 4

Illegal possession of a machinegun

Title 18, United States Code, Section 922(o)(1)

*****Max. Penalty:** Ten Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.